AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

ELMER SAFLOR

*Plaintiff(s)*

v.

LEDGE, INC.

*Defendant(s)*

Civil Action No. 1:26-cv-9379

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ledge, Inc.
c/o Cogency Global Inc.
850 New Burton Road, Ste 201
Dover DE 19904

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Nathaniel Kleinman, Esq.
Kleinman Law LLC
76 South Orange Ave., Suite 105
South Orange, NJ 07079

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/28/2026

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

Tammi M. Hellwig